1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT, | ) 1:07-cv-01729-AWI-TAG HC |
| Petitioner, | ) |
| | ) ORDER DENYING MOTION |
| v. | ) TO EXPEDITE PROCEEDINGS |
| | ) (Doc. 10) |
| KEN CLARK, | ) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on November 27, 2007.  (Doc. 1).  On January 24, 2008, Petitioner filed a motion entitled, "Request For An Order Of Show Of Cause To Defendant Forthwit Per The Constitution Of The United States And The State Of California As Pertaining To Habeas Corpus Actions For False Imprisonment As In The Instant Case."  (Doc. 10).  In that motion, Petitioner essentially requests that this Court proceed immediately to the merits of his allegations and issue a ruling.  (Id.).  The Court construes Petitioner's motion as a motion to expedite the case.

Petitioner is informed that the Court has pending hundreds of cases similar to Petitioner's and proceeds with all of the cases in the order in which they are filed.  The Court is aware of the existence of Petitioner's case and the length of time that it has been pending.  However, due to the caseload of the Court, and the Court's diligent handling of each individual case, it often takes

1

1   a considerable amount of time to reach a point where the Court is prepared to address a specific

2   case on the merits.  Moreover, in this particular case, may never reach that point since

3   Respondent has filed a motion to dismiss which the Court will address in due course.

4          The Court shall notify Petitioner as soon as any action is taken in his case and, as long as

5   Petitioner keeps the Court informed of his current address, he will receive all decisions that

6   might affect the status of his case.  Petitioner's case will be ruled on in due course.

7          Accordingly, it is HEREBY ORDERED that Petitioner motion to expedite proceedings

8   (Doc. 10), is DENIED.

9

10  IT IS SO ORDERED.

11  Dated:   **July 23, 2008**                                            **/s/ Theresa A. Goldner**
                                                    UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28